UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:12-00003 |
| ) | JUDGE SHARP |
| JOSHUA MARTIN COHEN ) | |

## **O R D E R**

The sentencing set for December 21, 2012 is hereby continued to Thursday, January 10, 2013 at 2:30 p.m.

It is so ORDERED.

*(signature)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE